UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                **ORDER**

       -against-                            24 Cr. 458

MIGUEL DE JESUS REYES MEDINA,

                            Defendant.

------------------------------------------------------------------- x

Upon the application of defendant, MIGUEL DE JESUS REYES MEDINA, through his counsel Michael Hueston, Esq., and upon all proceedings previously herein, it is apparent that defendant MIGUEL DE JESUS REYES MEDINA, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006(A), that Jose L. Nieves, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, JERRYED BURGESS.  As such, Jose L. Nieves, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:     New York, New York
              August 28, 2024

                                              THE HONORABLE RONNIE ABRAMS
                                              United States District Judge