UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

**ORDER**

-against-

24 Cr. 458

MIGUEL DE JESUS REYES MEDINA,

Defendant.

-------------------------------------------------------------------- x

Upon the application of defendant, MIGUEL DE JESUS REYES MEDINA, through his

counsel Michael Hueston, Esq., and upon all proceedings previously herein, it is apparent that

defendant MIGUEL DE JESUS REYES MEDINA, is financially unable to pay the expense of

retaining the services of an Associate Counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006(A), that Jose L. Nieves, Esq., is appointed in

the above-captioned action as Associate Counsel, pursuant to the Southern District of New

York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant,

MIGUEL DE JESUS REYES MEDINA.  As such, Jose L. Nieves, Esq., will be compensated in

accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro

bono* hours of service in the case.


Dated:      New York, New York
            August 29, 2024

_____
THE HONORABLE RONNIE ABRAMS
United States District Judge