O866REYC                      Arraignment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

       v.                               24 CR 458(RA)

MIGUEL DE JESUS REYES MEDINA
and ERIK ALBERTO LOPEZ VALDEZ,

          Defendants.

------------------------------x

                                New York, N.Y.
                                August 6, 2024
                                2:40 p.m.

Before:

                HON. RONNIE ABRAMS,

                             District Judge

                  APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
WILLIAM C. KINDER
    Assistant United States Attorney

MICHAEL O. HUESTON
    Attorney for Defendant Medina

DAVID PATTON
FEDERAL DEFENDERS OF NEW YORK
    Attorney for Defendant Valdez
BY: HANNAH McCREA

ALSO PRESENT: Humberto Garcia, Spanish Interpreter

1				(Case called)

2				MR. KINDER:  Good afternoon, your Honor.

3				William Kinder, for the government.

4				THE COURT:  Good afternoon.

5				MR. HUESTON:  Good afternoon, your Honor.

6				Michael Hueston for Mr. Reyes Medina, who is seated at

7	the jury box in front.

8				THE COURT:  Good afternoon to both of you.

9				MS. McCREA:  Good afternoon, your Honor.

10				Hannah McCrea on behalf of Mr. Lopez Valdez, who is

11	present.

12				THE COURT:  Good afternoon to both of you as well.

13				I want to note for the record that both defendants are

14	being assisted by a Spanish interpreter.  If at either time

15	either of you are having trouble understanding what's happening

16	in this proceeding, either because of the language barrier or

17	for some other reason, please let me know.  You can just raise

18	your hand.  And if at any time you want to speak privately with

19	your attorneys, just let me know that as well because you are

20	free to do so.

21				Do you understand, Mr. Reyes Medina?  Do you

22	understand that?

23				DEFENDANT REYES MEDINA:  Yes.

24				THE COURT:  Mr. Lopez Valdez?

25				DEFENDANT LOPEZ VALDEZ:  Yes.

1               THE COURT: All right. So what I'm going to do next
2    is I'm going to arraign you both on the indictment. So why
3    don't we start with Mr. Reyes Medina?
4               Could you please stand?
5               Have you seen a copy of the indictment, which are the
6    charges in this case?
7               DEFENDANT REYES MEDINA: Yes.
8               THE COURT: And has the indictment been translated for
9    you?
10              DEFENDANT REYES MEDINA: Yes.
11              THE COURT: Have you discussed it with your attorney?
12              DEFENDANT REYES MEDINA: Yes.
13              THE COURT: Do you want me to read the indictment out
14   loud, or do you waive its public reading?
15              DEFENDANT REYES MEDINA: I waive the public reading.
16              THE COURT: And how do you plead to the charges?
17              DEFENDANT REYES MEDINA: Innocent.
18              THE COURT: All right. You can be seated. Thank you.
19              And I'm going to take that as a not guilty, for the
20   record.
21              Mr. Lopez Valdez, can you please stand?
22              Have you seen a copy of the indictment in this case?
23              DEFENDANT LOPEZ VALDEZ: Yes.
24              THE COURT: Has it been translated for you?
25              DEFENDANT LOPEZ VALDEZ: Yes.

1                THE COURT:  Have you discussed it with your attorney?
2                DEFENDANT LOPEZ VALDEZ:  Yes.
3                THE COURT:  Would you like me to read the indictment
4     out loud, or do you waive its public reading?
5                DEFENDANT LOPEZ VALDEZ:  I waive.
6                THE COURT:  And how do you plead?
7                DEFENDANT LOPEZ VALDEZ:  Innocent.
8                THE COURT:  Okay.  I'm going to take that as a not
9     guilty as well.
10               You can be seated.  Thank you.
11               What's the status of discovery, and what does
12    discovery entail in this case?
13               MR. KINDER:  Sure, your Honor.
14               The Rule 16 discovery in this case will consist
15    primarily of law enforcement reports and records, including
16    audio recordings of the drug transactions and conversations
17    setting up the drug transactions, laboratory reports, and
18    cell phone records.
19               The defendants provided consent to search two phones
20    in Mr. Lopez Valdez's case and a phone in Mr. Reyes Medina's
21    case.  The government is still going through those phones and
22    is in the process of collecting the law enforcement case file
23    materials.  And we can begin making productions in relatively
24    short order.
25               THE COURT:  All right.  Thank you.

1           And I understand that the parties have agreed to a
2  November 6 date to meet again and see where we are, is that
3  right, at 11:00 o'clock?
4           MR. HUESTON:  That's correct, your Honor.
5           MS. McCREA:  Yes.
6           THE COURT:  Good.  Thank you.
7           I also just want to note, pursuant to Federal Rule of
8  Criminal Procedure 5(f) — It's really a reminder to the
9  government of its obligation — under *Brady v. Maryland*, and its
10 progeny, to disclose to the defendants all information, whether
11 admissible or not, that is favorable to the defendants,
12 material either to guilt or to punishment, and known to the
13 government.  The government must make good faith efforts to
14 disclose such information to the defense as soon as reasonably
15 possible after its existence becomes known to the government.
16          So I'm going to issue a 5(f) order that includes a
17 more fulsome description of your obligations, but do you
18 understand these obligations and confirm that you will fulfill
19 them?
20          MR. KINDER:  Yes, your Honor.
21          THE COURT:  Thank you.
22          Is there any objection to exclusion of time under the
23 Speedy Trial Act until the November 6 date?
24          MR. HUESTON:  No, your Honor, on behalf of
25 Mr. Reyes Medina.

1                MS. McCREA:   No, your Honor, on behalf of
2     Mr. Lopez Valdez.
3                THE COURT:   I'm going to exclude time from today until
4     November 6 pursuant to 18 United States Code Section
5     3161(h)(7)(A).
6                I find that the ends of justice served by excluding
7     such time outweigh the interests of the public and the
8     defendants of a speedy trial because it will allow time for
9     counsel and the defendants themselves to review discovery and
10    consider any possible motions they may want to make, as well as
11    to negotiate any possible disposition of this case.
12               All right.   Are there any other applications at this
13    time?
14               From the government?
15               MR. KINDER:   No, your Honor.
16               THE COURT:   From defense counsel?
17               MR. HUESTON:   No thank you, your Honor.
18               MS. McCREA:   None, your Honor.
19               THE COURT:   Okay.   Thank you.
20               I'll just note that on November 6, what I'd like to do
21    is to set a trial date and a motion schedule at that time.   So
22    please just be prepared to discuss scheduling.
23               Thank you and have a good day.
24               (Adjourned)
25