**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 31, 2024

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Miguel Reyes Medina & Erick Lopez Valdez**
      **24 Cr. 458 (RA)**

Dear Judge Abrams:

I write on behalf of all parties to respectfully request a 60-day adjournment of the status conference scheduled for November 6, 2024. The government has provided discovery, which defense counsels for both defendants are still in the process of reviewing, and the parties are in the early stages of discussing resolutions in these matters short of trial. Accordingly, the parties have all conferred and jointly request a 60-day adjournment to complete discovery review and discussions regarding a potential disposition. The government also requests, and both defendants consent to, excluding time under the Speedy Trial Act until the next court date.

Regarding scheduling, defense counsels request a date sometime between January 8-27, 2025, to accommodate holiday travel and Mr. Hueston's trial beginning January 27, 2025.

Application granted. The status conference is adjourned to January 9, 2025 at 11:00 a.m. Time is excluded until January 9, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J. 10/31/2024

Respectfully,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA William Kinder
      Michael Heuston (Counsel for Miguel de Jesus Reyes Medina)