# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

January 3, 2025

> Application granted. The status conference is adjourned to February 27, 2025 at 1:00 p.m. Time is excluded until February 27, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> Ronnie Abrams, U.S.D.J.
> January 6, 2025

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Miguel Reyes Medina & Erick Lopez Valdez**
      **24 Cr. 458 (RA)**

Dear Judge Abrams:

I write on behalf of all parties to respectfully request an adjournment of the status conference currently scheduled for January 9, 2025 to February 27, 2025 at 1pm, when I understand the Court is available. The parties are still in the process of discussing resolutions in these matters short of trial. Accordingly, the parties have all conferred and jointly request this adjournment to complete discovery review and discussions regarding a potential disposition. The government also requests, and both defendants consent to, excluding time under the Speedy Trial Act until the next court date.

Respectfully,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA William Kinder
      Michael Heuston (Counsel for Miguel de Jesus Reyes Medina)