**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\---------------------------------------x
:
UNITED STATES OF AMERICA                :
:
    -against-                            :        **ORDER**
:
:
:
:                _____
:                Docket #
\---------------------------------------x



_____, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                                   Attorney's Name

                              **SO ORDERED.**

                            *[signature]*

                       **UNITED STATES DISTRICT JUDGE**


        February 27. 2025
**Dated:**   **New York, New York**