UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 24-CR-458 |
| MIGUEL DE JESUS REYES MEDINA and ERIK ALBERTO LOPEZ VALDEZ, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

As agreed upon at today's conference, Defendants shall file any motions by April 30, 2025, responses shall be due by May 14, 2025 and any replies by May 23, 2025.

The parties shall be prepared to try this case on August 4, 2025. In accordance with this Court's Individual Rules & Practices in Criminal Cases, any *in limine* motions, as well as proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than July 14, 2025, and responses thereto filed no later than July 21, 2025. A final pretrial conference is scheduled for July 31, 2025 at 2:00 p.m.

Time is excluded until August 4, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:   February 27, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge